# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147330

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CARLOS LEBRON BARTELL,
       Defendant-Appellant.

SC: 147330
COA: 313891
Wayne CC: 08-011116-FC

_____/

      On order of the Court, the application for leave to appeal the May 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021